# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

HUSSAIN ALSHAFEI,

Debtor

FILED - WAWB SEATTLE
27 MAY 2025 PM12:30

Case No. 25-10734-CMA

DEBTOR'S MOTION FOR LEAVE TO ADDRESS THE COURT AND FOR ALLOCATION OF STORAGE COST RESPONSIBILITY

COMES NOW the Debtor, Hussain Alshafei, and respectfully requests that this Court permit him to briefly address the Court regarding the ongoing dispute concerning the seized property and related storage costs.

In support of this Motion, the Debtor states as follows:

1- The Debtor and his representatives have made repeated good-faith efforts to resolve the issue of the seized property, including communications with counsel for Mr. Haider Alshamma and the submission of third-party ownership affidavits.

2- As reflected in the Affidavit of Hussain Alshafei and accompanying exhibits, substantial delays occurred after the Debtor attempted to facilitate the release and identification of third-party property.

3- Counsel for Mr. Alshamma opposed the release of property and continued actions that contributed to prolonging the dispute and increasing storage expenses.

4- The Debtor respectfully asserts that it would be inequitable to impose storage or garage costs upon the bankruptcy estate or the Debtor where those costs were significantly increased by the conduct and objections of Mr. Alshamma's counsel.

5- The Debtor further requests permission to personally address the Court for a brief statement regarding;

a. the impact of the seizure upon his family;

b. the efforts undertaken to resolve the matter;

c. and the financial burden caused by the continuing storage fees.


WHEREFORE, the Debtor respectfully requests that the Court:

A. Grant leave for the Debtor to address the Court at the scheduled hearing;

B. Determine that storage and garage fees caused by unnecessary delay should not be charged against the Debtor or the bankruptcy estate; and

C. Grant such other and further relief as the Court deems just and proper.


Dated this 27 day of May, 2026


Respectfully submitted

HUSSAIN ALSHAFEI
        Debtor