**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Hussain Alshafei,<br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No.  25-10734-CMA<br><br>ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE TO DETERMINE WHY THE CHAPTER 7 TRUSTEE HAS NOT ABANDONED ASSETS AND WHETHER THE ESTATE SHOULD BEAR THE STORAGE COSTS FOR THOSE ITEMS |

This matter came before the Court on the Court's Order to Show Cause to Determine Why the Chapter 7 Trustee has not Abandoned Assets and Whether the Estate Should Bear the Storage Costs for those Items [ECF No. 224].  The Court held a hearing on the Order to Show

Order - 1

Cause on June 2, 2026, at which it made findings of fact and conclusions of law incorporated by this reference.  Now, therefore, it is hereby,

ORDERED the 2022 Mercedes GLE, safes, designer women's bags, and Rolex watch listed on Schedules A/B [ECF No. 40] were no longer property of the estate as of May 28, 2025, and the bankruptcy estate shall be responsible for the storage costs of those items from the petition date through May 28, 2025.

///END OF ORDER///

Order - 2